IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:14-CR-00171 (2) |
| | § | |
| JEFFERY PARSONS | § | |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Celeste Blackburn, Movant, and brings this Motion to Withdraw as Attorney of Record and in support thereof shows:

A.  I was appointed to represent Jeffery Parsons in this case on April 24, 2014.

B.  Good cause to withdraw exists as specified below:

Mr. Parsons was sentenced in this case on April 22, 2021.  Mr. Parsons is not seeking an appeal in this case.  He was given the ability to self-report, which he has done.

C.  As of the date this motion is filed, I have fulfilled the legal responsibilities I was appointed for in this case.

D.  A copy of this motion will be mailed to Mr. Parsons on July 9, 2021.

Wherefore, premises considered, Movant prays that the Court will grant her motion to withdraw on the face of this pleading.

Respectfully Submitted,

/s/ Celeste Blackburn
Celeste Blackburn
Texas State Bar No. 24038803
Southern District of Texas No. 1076672
10655 Six Pines, Suite 230
The Woodlands, Texas 77380
Phone: (936)703-5000
Fax:   (877)900-2822

## Certificate of Service

I certify that a true and correct copy of this document has been emailed to Tina Ansari, Assistant United States Attorney, Counsel for the United States.

/s/Celeste Blackburn
Celeste Blackburn